# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA AGHA-KHAN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. CV 17-3186 SVW (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1 | IT IS ORDERED that this case be dismissed without leave to amend. IT IS FURTHER ORDERED that Plaintiff will be declared a vexatious litigant subject to pre-filing review before initiating future civil actions in this Court.

DATE: November 15, 2017

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE